IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE DUNN,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Defendant. | 8:23CV395<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation and Joint Motion of Dismissal (Filing No. 17). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with costs taxed to the parties incurring the same.

Dated this 17th day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge